UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALAN EDWARDS,<br><br>                                    Plaintiff,<br><br>v.<br><br>PACIFIC CYCLE, INC., et al.,<br><br>                                    Defendants.<br>_____<br><br>AND RELATED CROSS-CLAIMS | Case No.:  18cv1358-L(BLM)<br><br>**ORDER GRANTING MOTION TO AMEND PROTECTIVE ORDER TO APPLY TO APOLLO RETAIL SPECIALISTS**<br><br>**[ECF No. 64]** |

On October 1, 2018, Plaintiff, Sears, and Pacific Cycle filed a Joint Motion for Protective Order requesting that the Court enter the parties' proposed Order.  ECF No. 20.  On October 3, 2018, the Court issued an order granting the parties' motion with modifications.  ECF No. 21.

Defendant Apollo Retail Specialists, LLC appeared in the case on March 30, 2021.  ECF No. 49.

On November 29, 2021, Defendants and Cross-claimants Pacific Cycle and Apollo Retail Specialists filed a Joint Motion to Amend the Protective Order to Apply to Apollo Retail Specialists.  ECF No. 64.  Pacific Cycle and Apollo Retail Specialists seek to amend the previously entered Protective Order [see ECF Nos. 20 and 21] to include and apply to Apollo Retail Specialists.  ECF No. 64 at 2.  In support, the parties state that Apollo Retail Specialists appeared in the case

after the Protective Order was entered and is now prepared to exchange confidential business documents with Pacific Cycle, but cannot do so until they are covered under the Protective Order.  Id.  Pacific Cycle and Apollo Retail Specialists note that Plaintiff does not oppose this motion.  Id. at 3.

Good cause appearing, the parties' motion is **GRANTED**.  The Protective Order entered into at ECF Nos. 20-21 is amended to also include and apply to Apollo Retail Specialists.

**IT IS SO ORDERED.**

Dated:  11/30/2021

Hon. Barbara L. Major
United States Magistrate Judge